NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
JEREMY L. BURKHARDT (CA SBN 321744)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov
           jeremy.burkhardt@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARGARET J. JONES, as EXECUTOR, ESTATE of JEFFREY L. JONES,<br><br>    Plaintiff / Counterdefendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant / Counterplaintiff. | Case No.: 2:19-cv-173 JVS(RAOx)<br><br>[proposed] Judgment |

On the Government's motion for summary judgment and for good cause shown, judgment is entered in favor of the United States of America and against Margaret J. Jones, Executor, Estate of Jeffrey L. Jones, in the amount of $1,890,074 as of November 8, 2018, plus all subsequent statutory accruals, including statutory interest and penalties, less payments, plus costs.

IT IS SO ORDERED.

DATED: _____

                                           JAMES V. SELNA
                                           UNITED STATES DISTRICT JUDGE