1  NICOLA T. HANNA
2  United States Attorney
   THOMAS D. COKER
3  Assistant United States Attorney
4  Chief, Tax Division
   ANDREW T. PRIBE (CA SBN 254904)
5  JEREMY L. BURKHARDT (CA SBN 321744)
6  Assistant United States Attorneys
         Federal Building, Suite 7211
7        300 North Los Angeles Street
8        Los Angeles, California 90012
         Telephone: (213) 894-6551
9        Facsimile: (213) 894-0115
10       E-mail: andrew.t.pribe@usdoj.gov
11                jeremy.burkhardt@usdoj.gov

12 *Attorneys for the United States of America*

13             UNITED STATES DISTRICT COURT
14             CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION
15

| | |
|---|---|
| 16  MARGARET J. JONES, as EXECUTOR, ESTATE of JEFFREY L. JONES,<br><br>Plaintiff / Counterdefendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant / Counterplaintiff. | Case No.: 2:19-cv-173 JVS(RAOx)<br><br>United States of America's Notice of Motion and Motion in Limine No. 1 to Exclude Evidence of the Actions, Analyses, and Opinions of the Internal Revenue Service<br><br>Hearing Date: August 10, 2020<br>Time: 11 a.m.<br>Courtroom 10C<br>United States Courthouse<br>Santa Ana, California<br><br>Judge James V. Selna |

On August 10, 2020, at 11 a.m., the United States of America, Defendant / Counterplaintiff, will request the Court to exclude evidence of the actions, analyses, and opinions of the Internal Revenue Service for the reasons set forth in the accompanying memorandum.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 7, 2020.

Dated: July 13, 2020

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

**/s/ Andrew T. Pribe**
ANDREW T. PRIBE
Assistant United States Attorney