Edward C. Walton (Bar No. 78490)
    E-mail:     ed.walton@procopio.com
Patrick W. Martin (Bar No. 163932)
    E-mail:     patrick.martin@procopio.com
Eric D. Swenson (Bar No. 196362)
    E-mail:     eric.swenson@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff Margaret J. Jones, as Executor
of the Estate of Jeffrey L. Jones

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET J. JONES, as Executor, ESTATE OF JEFFREY L. JONES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,<br><br>Defendant.<br><br>_____<br><br>AND RELATED COUNTERCLAIM | Case No. 2:19-CV-00173-JVS(RAO) (Related Matter 2:19-cv-04950-JVS-RAO)<br><br>**CONDITIONAL STATEMENT OF NON-OPPOSITION TO UNITED STATES OF AMERICA'S MOTION TO CONSOLIDATE (ECF NO. 52)**<br><br>Date:     August 17, 2020<br>Time:     1:30 p.m.<br>Dept:     Courtroom 10C<br>Judge:    Hon. James V. Selna<br>Magistrate Judge: Rozella A. Oliver<br><br>Complaint Filed: January 8, 2019<br>Trial date:     August 25, 2020 |

Plaintiff and Counterdefendant MARGARET J. JONES, as Executor of the ESTATE OF JEFFREY L. JONES ("Plaintiff") respectfully submits this Conditional Statement of Non-Opposition to the UNITED STATES OF AMERICA's ("Defendant") Motion to Consolidate (ECF No. 52) (the "Motion"). By this statement, Plaintiff does not object to Defendant's Motion to Consolidate so long as the following conditions are satisfied, which conditions Plaintiff is discussing with Defendant:

1.     No change or delay in the current schedule of this matter and the related action *Margaret J. Jones v. United States of America*, Case No. 2:19-cv-4950-JVS-RAOx, and no prejudice to Plaintiff arising from this Motion and consolidation.

2.     All previous dates, including the discovery and motion cut-off, even though already passed, are applicable to Defendant's new complaint, as well as the current pretrial and trial dates.

3.     The court will order Defendant's offer that Plaintiff's complaint and answer to Defendant's counterclaim will serve as the counterclaim and answer to the Defendant's new complaint, but Plaintiff reserves the right to file a counterclaim in the newly-filed action, which would be subject to all these same conditions.

If Plaintiff and Defendant cannot reach agreement on these conditions, then Plaintiff opposes the Motion as (1) made too late because Defendant knew of the potential jurisdictional defect at the time of filing its original counterclaims in this suit, and (2) unduly prejudicial to Plaintiff because the consolidation sought could well result in delay of this case, currently set for August 25, 2020, and that would be unfair to Plaintiff who is 91 years old and in poor health.

/ / /

/ / /

/ / /

1    Alternatively, Plaintiff asks that the Court allow consolidation of the cases as

2  Defendant has requested only after imposing on the consolidation all of the

3  conditions specified above.

4

5  DATED: July 27, 2020                   PROCOPIO, CORY, HARGREAVES &
                                          SAVITCH LLP
6

7
                                     By:  /s/ Edward C. Walton
8                                         Edward C. Walton
                                          Patrick W. Martin
9                                         Eric D. Swenson
                                          Attorneys for Plaintiff Margaret J.
10                                        Jones, as Executor of the Estate of
                                          Jeffrey L. Jones
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE
CASE NO. 2:19-CV-00173-JVS(RAO)
DOCS 120815-000004/4138463.1