# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 19-173JVS(RAOx)<br>CV 19-04950JVS(RAOx)<br>CV 20-06173JVS(RAOx) | Date  July 31, 2020 |
| Title | Margaret J Jones, etc v The United States of America<br>Margaret J Jones v The United States of America<br>United States of America v Margaret J Jones, et al | |

Present: The Honorable  **U.S. District Court Judge James V. Selna**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Swenson; Patrick Martin<br>Edward Walton; Justin Fontain | Andrew Pribe, AUSA<br>Jermey Burkhardt, AUSA |

**Proceedings:**  **Status Conference;  Order Consolidating Actions**

Cause is called for hearing telephonically and counsel make their appearances. Court and counsel confer. The Court ORDERS the above referenced actions consolidated under the lead case of CV 19-00173 JVS(RAOx). All future filings will be made in in the lead case number, only, with the following case caption:

```
Margaret J Jones,                    )   CV 19-00173JVS(RAOx)
                                     )     consolidated with
                Plaintiff,           )   CV 19-04950JVS(RAOx) and
                                     )   CV 20-06173JVS(RAOx)
         v.                          )
                                     )   TITLE OF DOCUMENT
The United States of America,        )
                                     )
                                     )
                Defendant,           )
_____)
```

The Court directs the Clerk's Office to add the parties and counsel in the CV 19-04950JVS(RAOx) and CV 20-06173JVS(RAOx) to the docket in CV19-00173 JVS(RAOx) docket in CM/ECF.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-173JVS(RAOx)<br>CV 19-04950JVS(RAOx)<br>CV 20-06173JVS(RAOx) | Date | July 31, 2020 |
| Title | Margaret J Jones, etc v The United States of America<br>Margaret J Jones v The United States of America<br>United States of America v Margaret J Jones, et al | | |

      The Court notifies counsel that the currently set trial date of August 25, 2020 is not viable due to the Covid Pandemic.  The Court VACATES the trial and pretrial conference date of August 10, 2020 at 11:00 a.m. and all motions in limine.  The Court will give priority to this trial due to the age of plaintiff when the Court resumes jury trials.  The motions in limine will be restored to the calendar when the pretrial conference and trial dates are re-set.

|  |  |  |
|---|---|---|
|  | 0 : | 3 min each case |
| Initials of Preparer | lmb | |