NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
JEREMY L. BURKHARDT (CA SBN 321744)
Assistant United States Attorneys
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6551
     Facsimile: (213) 894-0115
     E-mail: andrew.t.pribe@usdoj.gov
           jeremy.burkhardt@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARGARET J. JONES, as EXECUTOR, ESTATE of JEFFREY L. JONES, <br><br> Plaintiff / Counterdefendant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant / Counterplaintiff. | Case No.: 2:19-cv-173 JVS(RAOx) <br><br> Order |

1  Based on the Government's unopposed motion to consolidate under
2  Fed. R. Civ. P. 42, and for good cause shown, it is ordered that:
3
4  1. This action is consolidated with *United States of America v.*
5  *Margaret J. Jones, individually, and Margaret J. Jones, as Executor, Estate*
6  *of Jeffrey L. Jones,* case no. 2:20-cv-6173.
7  2. The August 17, 2020 hearing is vacated.
8  IT IS SO ORDERED.
9
10 Dated: July 31, 2020
11 JAMES V. SELNA
12 UNITED STATES DISTRICT JUDGE

2