NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARGARET J. JONES, as EXECUTOR, ESTATE of JEFFREY L. JONES,<br><br>    Plaintiff / Counterdefendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant / Counterplaintiff. | Case No.: 2:19-cv-173 JVS(RAOx)<br><br>Stipulation for Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1

Margaret J. Jones, as Executor, Estate of Jeffrey J. Jones, Plaintiff / Counterdefendant, and the United States of America, Defendant / Counterplaintiff, stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this case is dismissed with prejudice, with each party bearing their own attorney's fees and costs.

As set forth in Fed. R. Civ. P. 41(a)(1)(A)(ii), no court order is required to effect this dismissal.

| For the Plaintiff / Counterdefendant, MARGARET J. JONES, as EXECUTOR, ESTATE of JEFFREY L. JONES | For the Defendant / Counterplaintiff, UNITED STATES OF AMERICA |
|---|---|
| **/s/ Edward C. Walton** <br> Date: 12/21/2020 <br> EDWARD C. WALTON <br> PATRICK W. MARTIN <br> ERIC D. SWENSON <br> JUSTIN M. FONTAINE <br> PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | **/s/ Andrew T. Pribe** Date: 12/21/2020 <br> NICOLA T. HANNA <br> United States Attorney <br> THOMAS D. COKER <br> Assistant United States Attorney <br> Chief, Tax Division <br> ANDREW T. PRIBE <br> Assistant United States Attorney |

1